IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERTA NUESTRO LAUSER,  No. 2:17-CV-2165-CMK

    Plaintiff,

  vs.  ORDER

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

/

    Plaintiff, who is proceeding pro se, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security.

    On March 2, 2018, plaintiff filed a substitution of attorneys, substituting Patricia L. McCabe, Esq., in place of plaintiff, who has been proceeding pro se. Good cause appearing therefor, the substitution is approved.

    On January 9, 2018, the court granted plaintiff's application for leave to proceed in forma pauperis and directed plaintiff to submit documents necessary for service to the United States Marshal within 15 days of the date of the order. To date, plaintiff has not complied. On the court's own motion, the court will extend the deadline for plaintiff to comply. Plaintiff is

1

cautioned that failure to comply may result in the dismissal of the entire action.  See Local Rule 110.

Accordingly, IT IS HEREBY ORDERED that:

1. The substitution of attorneys filed on March 2, 2018 (Doc. 6) is approved; and

2. Within 15 days of the date of this order, plaintiff shall submit to the United States Marshal a completed summons and copies of the complaint and file a statement with the court that said documents have been submitted to the United States Marshal.

DATED: March 26, 2018

*Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE