PATRICIA L. McCABE, CSBN 156634
Law Offices of Patricia L. McCabe
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406
Telephone: (818) 907- 9726
Facsimile: (818) 907-6384
E-mail: patricia@mccabedisabilitylaw.com

Attorneys for Plaintiff,
ROBERTA NUESTRO LAUSER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA NUESTRO LAUSER,<br><br>　　　　　Plaintiff,<br>　v.<br>NANCY A. BERRYHILL,<br>Acting Commissioner, Social Security,<br><br>　　　　　Defendant. | Case No. 2:17-CV-02165-DMC<br><br>ORDER TO EXTEND THE SCHEDULING DATES<br><br>Judge: Honorable Dennis M. Cota |

IT IS HEREBY ORDERED, pursuant to the parties' stipulation, that the time for Plaintiff to provide Plaintiff's Motion for Summary Judgment and/or Remand, or to deliver new evidence with a Request for Voluntary Remand, shall be extended to and including December 26, 2018, with all other scheduling dates to be continued accordingly, per the Case Management Order. Plaintiff's Reply Brief will be filed on or before February 14, 2019.

Dated: November 1, 2018

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1