1
2
3
4
5
6
7
8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   ROBERTA LUESTRO LAUSER,                No.  2:17-CV-2165-DMC

12                    Plaintiff,

13            v.                                      <u>ORDER</u>

14   COMMISSIONER OF SOCIAL
     SECURITY,
15
                     Defendant.
16

17

18            Plaintiff, who is proceeding with retained counsel, brings this action for judicial

19   review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).

20   Pending before the court is the parties' stipulation for a further extension of time for plaintiff to

21   file her opening brief or request for remand (Doc. 17).  The stipulation is not approved.

22            Pursuant to the parties' October 30, 2018, stipulation, the court extended plaintiff's

23   filing deadline to December 26, 2018.  The instant stipulation was filed on January 3, 2019 – <u>after</u>

24   the deadline had passed – seeking an extension of time to January 7, 2019.  Because plaintiff did

25   not seek an extension of time <u>before</u> the deadline passed, the current stipulation is not approved.

26   / / /

27   / / /

28   / / /

                                             1

Plaintiff shall file her brief forthwith along with a motion or stipulation to accept a late-filed brief.

IT IS SO ORDERED.

Dated:  January 7, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE