IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA LUESTRO LAUSER, | No. 2:17-CV-2165-DMC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the court is plaintiff's motion (Doc. 19) for an extension of time to file her opening brief. A review of the record reflects that plaintiff filed her opening brief on January 16, 2019, which is after the deadline set in the court's November 2, 2018, order. Plaintiff's motion for an extension of time is construed as a motion to accept her late-filed brief. So construed and

/ / /

/ / /

/ / /

/ / /

/ / /

1

good cause appearing therefor, plaintiff's motion is granted and her opening brief is deemed timely.

       IT IS SO ORDERED.

Dated: January 18, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE