1 | McGREGOR W. SCOTT
United States Attorney
2 | DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
3 | Social Security Administration
MARCELO ILLARMO (MABN 670079)
4 | Special Assistant United States Attorney
5 |     160 Spear Street, Suite 800
San Francisco, California 94105
6 |     Telephone: (415) 977-8944
Facsimile: (415) 744-0134
7 |     E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA NUESTRO LAUSER | Case No.: 2:17-cv-02165-DMC |
| Plaintiff, | STIPULATION AND ORDER FOR AN EXTENSION OF TIME |
| v. | |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Complaint will be extended by 31 days, from February 15, 2019 until March 18, 2019.

This is Defendant's first request for an extension of time to respond to Plaintiff's motion for summary judgment. Defendant respectfully requests this additional time because additional time is needed to determine the defensibility of the case, and, if necessary, prepare an opposition.

The parties further stipulate that the briefing schedule shall be modified accordingly:
- Defendant shall file an opposition to Plaintiff's motion for summary judgment, on or before March 18, 2019.
- Appellant's reply brief shall be filed with the court and served on respondent within twenty (21) days after service of Defendant's opposition, on or before April 8, 2019.

Respectfully submitted,

Dated: February 13, 2019        /s/ Patricia L. McCabe*
                                (*as authorized via e-mail on 2/13/19)
                                PATRICIA L. McCABE
                                Attorney for Plaintiff


Dated: February 13, 2019        McGREGOR W. SCOTT
                                United States Attorney
                                DEBORAH LEE STACHEL
                                Acting Regional Chief Counsel, Region IX
                                Social Security Administration

                        By:     /s/ Marcelo Illarmo
                                MARCELO ILLARMO
                                Special Assistant United States Attorney

                                Attorneys for Defendant


ORDER

APPROVED AND SO ORDERED:

 Dated:  February 14, 2019      _____
                                DENNIS M. COTA
                                UNITED STATES MAGISTRATE JUDGE