PATRICIA L. McCABE, CSBN 156634
KRISTIN E. BERK, CSBN 275840
Law Offices of Patricia L. McCabe
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406-3874
(818) 907-9726; Fax: (818) 907-6384
Email: patricia@mccabedisabilitylaw.com

Attorneys for Plaintiff,
ROBERTA NUESTRO LAUSER

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA NUESTRO LAUSER, | ) Case No.: 2:17-CV-02165-DMC |
| Plaintiff, | ) ORDER FOR AWARD |
| v. | ) OF ATTORNEY FEES UNDER |
| | ) THE EQUAL ACCESS TO |
| NANCY A. BERRYHILL, | ) JUSTICE ACT (EAJA) |
| Acting Commissioner Social Security | ) |
| Defendant. | ) Judge: Honorable Dennis M. Cota |

Based upon the parties' Stipulation for Award of Attorney Fees under The Equal Access to Justice Act (EAJA), IT IS ORDERED that attorney fees be paid to Patricia L. McCabe, Counsel for Plaintiff, in the amount of SIX THOUSAND, EIGHT HUNDRED FIFTY DOLLARS and ZERO CENTS ($6,850.00), pursuant to 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: June 20, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE